UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 04 B 26216 |
| MAYER EISENSTEIN, M.D., S.C., | ) | |
| | ) | Judge Pamela S. Hollis |
| | ) | |
| Debtor. | ) | Chapter 11 |

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO RALLY CAPITAL SERVICES, LLC, FINANCIAL ADVISOR FOR DEBTOR, ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES [EOD #183]**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 12,450.00 | TOTAL COSTS REQUESTED: | $ 33.60 |
| TOTAL FEES REDUCED: | $     442.50 | TOTAL COSTS REDUCED: | $  0 |
| TOTAL FEES ALLOWED: | $ 12,007.50 | TOTAL COSTS ALLOWED: | $ 33.60 |

**TOTAL FEES AND COSTS ALLOWED: $ 12,041.10**

THE COURT HAS UNDERLINED THE ATTACHED TIME AND EXPENSE ENTRIES WHICH HAVE BEEN DISALLOWED IN WHOLE OR IN PART. THE BASIS FOR EACH DISALLOWANCE IS DISCLOSED BY THE NUMERICAL NOTATION WHICH APPEARS ON THE LEFT SIDE OF EACH HIGHLIGHTED ENTRY. THE NUMERICAL NOTATIONS REFER TO THE ENUMERATED PARAGRAPHS BELOW.

(7)     **Lumping**

The Court may impose a ten percent penalty for "lumping." In re Wildman, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by 'lumping' a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

(13)    **No Benefit to the Estate**

The court denies requests for fees relating to services that do not benefit the estate or that are not necessary to the administration of the case. 11 U.S.C. § 330(a)(4)(A).

IT IS SO ORDERED.

ENTERED:

DATE: DEC - 1 2005

_____
PAMELA S. HOLLIS
UNITED STATES BANKRUPTCY JUDGE

**Rally Capital Services LLC**

350 N. LaSalle Street
Suite 1100
Chicago, IL 60610

Phone # (312) 645-1975  Fax # (312) 645-1976

Bill To:

MAYER EISENSTEIN SC
6648 N. Fairfield
Chicago, IL 60645
MAYER EISENSTEIN, SC

Invoice Date: 6/30/2005
Invoice #: 1966

**INVOICE**

Job At:

Make checks payable to: Rally Capital Services LLC

| Terms | Due Date |
|---|---|
| Net 10 | 7/10/2005 |

| Date | Description | Consultant | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 6/13/2005 | Reviewed & summarized cash receipts, cash disbursements and receivables for inclusion into May bankruptcy report. Finalized March bankruptcy report. Discussed with principal and sent to Arnstein & Lehr for filing with U.S. Trustee. | DAF ⑦ | 7.7 | 250.00 | 1,925.00 (-$192.50) |
| 6/20/2005 | Discussed with Mimi Stein status of case | DAF | 0.5 | 250.00 | 125.00 |

| Total | $2,050.00 |
|---|---|
| Payments/Credits | $-2,000.00 |
| Balance Due | $50.00 |

Billing Inquiries? Call (312) 645-1975

# INVOICE

**Rally Capital Services LLC**

350 N. LaSalle Street
Suite 1100
Chicago, IL 60610

| Invoice Date | Invoice # |
|---|---|
| 9/30/2005 | 2137 |

**Job At:**

Phone # (312) 645-1975  Fax # (312) 645-1976

**Bill To:**

MAYER EISENSTEIN SC
6648 N. Fairfield
Chicago, IL 60645
MAYER EISENSTEIN, SC

Make checks payable to:  **Rally Capital Services LLC**

| Terms | Due Date |
|---|---|
| Net 10 | 10/10/2005 |

| Date | Description | Consultant | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 9/7/2005 | Review cash receipts/disbursements in preparation of August operating report to U.S. Trustee. | DAF | 3.3 | 250.00 | 825.00 |
| 9/8/2005 | Review cash receipts/disbursements in preparation of August operating report to U.S. Trustee. | DAF | 1.4 | 250.00 | 350.00 |
| 9/8/2005 | Review receivables and payroll in preparation of August operating report to U.S. Trustee. | DAF | 2.3 | 250.00 | 575.00 |
| 9/8/2005 | Finalized August operating report to U.S. Trustee. | DAF | 0.5 | 250.00 | 125.00 |
| 9/22/2005 | Meeting with Arnstein & Lehr and attorneys for plaintiff Shahid regarding settlement. | DAF | 2 | 250.00 | 500.00 |
| 9/22/2005 | Meeting with Arnstein & Lehr and attorneys for plaintiff Shahid regarding settlement. | HBS | ⓘ 3 (- 1 hour) | 250.00 | 750.00 (-$250.00) |

| | |
|---|---|
| Total | $3,125.00 |
| Payments/Credits | $0.00 |
| Balance Due | $3,125.00 |

Billing Inquiries? Call   (312) 645-1975