UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | ) | |
|---|---|---|
| | ) | Case No. 04 b 26216 |
| MAYER EISENSTEIN, M.D., S.C., | ) | |
| | ) | Judge Pamela S. Hollis |
| | ) | |
| Debtor. | ) | Chapter 11 |

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO ARNSTEIN & LEHR LLP, ATTORNEYS FOR DEBTOR, ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES [EOD #199]**

| TOTAL FEES REQUESTED: | $ 56,655.50 | TOTAL COSTS REQUESTED: | $ 2,148.99 |
| TOTAL FEES REDUCED: | $       75.00 | TOTAL COSTS REDUCED: | $  0 |
| TOTAL FEES ALLOWED: | $ 56,580.50 | TOTAL COSTS ALLOWED: | $ 2,148.99 |

**TOTAL FEES AND COSTS ALLOWED: $ 58,729.49**

THE COURT HAS UNDERLINED THE ATTACHED TIME AND EXPENSE ENTRIES WHICH HAVE BEEN DISALLOWED IN WHOLE OR IN PART. THE BASIS FOR EACH DISALLOWANCE IS DISCLOSED BY THE NUMERICAL NOTATION WHICH APPEARS ON THE LEFT SIDE OF EACH HIGHLIGHTED ENTRY. THE NUMERICAL NOTATIONS REFER TO THE ENUMERATED PARAGRAPHS BELOW.

(14)  Computational or Typographical Error
    The court denies the allowance of compensation for the following tasks because the amount of fees appears to be a computational or typographical error. Also, where there are two identical entries (same day, same tasks, same time billed), the court will consider one of the entries to be a typographical error.

**IT IS SO ORDERED.**

ENTERED:

DATE: JAN 1 0 2006

PAMELA S. HOLLIS
UNITED STATES BANKRUPTCY JUDGE

# ARNSTEIN & LEHR LLP

120 S. RIVERSIDE PLAZA, SUITE 1200 * CHICAGO, ILLINOIS 60606-3910

(312) 879-7100

MAYER EISENSTEIN  
6400 KEATING AVENUE  
LINCOLNWOOD IL 60712

December 20, 2005  
Invoice: 707162  
Page 30

JAC

FOR PROFESSIONAL SERVICES RENDERED THROUGH November 30, 2005

Our Matter # 22651-0013

INSURANCE ISSUES

| Date | Description | Timekeeper | Hours |
|---|---|---|---|
| 09/28/05 | REVIEW POLICY AND SEARCH FOR INSURER (1.00); EMAIL MIMI RE: SAME (.20). | MARY CANNON VEED | 1.20 hr. |
| 09/28/05 | CALL WITH MCVEED REGARDING INSURANCE ISSUES. | MIRIAM R. STEIN | 0.20 hr. |
| 11/03/05 | REVIEW INSURANCE CERTIFICATES RE AND POLICY (1.00); TELEPHONE CONFERENCE WITH VIERA REGARDING INSURANCE ISSUES (.20); CONFERENCE WITH MIRIAM STEIN RE SAME (.80). | MARY CANNON VEED | 2.00 hr. |
| 11/03/05 | CONFERENCE WITH MARY VEED RE INSURANCE POLICY IN EISENSTEIN (.80); PREPARE MEMO TO CLIENT RE SAME (.70). | MIRIAM R. STEIN | 1.50 hr. |
| 11/04/05 | EISENSTEIN - REVIEW OF INSURANCE ISSUES. | JAMES A. CHATZ | 0.50 hr. |
| 11/04/05 | EISENSTEIN - REVIEW INSURANCE ISSUES. | JAMES A. CHATZ | 0.20 hr. |
| 11/04/05 | REVIEW INSURANCE CERTIFICATES. | MARY CANNON VEED | 1.00 hr. |

(14)  (-$75.00)


EXHIBIT